SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>    Plaintiff,<br><br>  vs.<br><br>Dang et al<br><br>    Defendants | Case No. **2:09-cv-00706-GEB-KJM**<br><br>STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME UNTIL JUNE 18, 2009 FOR DEFENDANTS VAN NGOE DANG; 6624 VALLEY HI MEDICAL/DENTAL PARTNERS TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Van Ngoe Dang; 6624 Valley Hi Medical/Dental Partners, by and through their respective attorneys of record, Scott N. Johnson; Mitchell Abdallah, stipulate as follows:

1. An extension of time has been previously obtained for Defendants Van Ngoe Dang; 6624 Valley Hi Medical/Dental Partners until May 19, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

2. Defendants Van Ngoe Dang; 6624 Valley Hi Medical/Dental Partners are granted an extension until June 18, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Van Ngoe Dang; 6624 Valley Hi Medical/Dental Partners response will be due no later than June 18, 2009.

IT IS SO STIPULATED effective as of May 11, 2009

Dated: May 11, 2009  /s/Mitchell Abdallah
                     Mitchell Abdallah,
                     Attorney for Defendants
                     Van Ngoe Dang; 6624
                     Valley Hi Medical/Dental
                     Partners

Dated: May 11, 2009    /s/Scott N. Johnson

Scott N. Johnson,

Attorney for Plaintiff

**IT IS SO ORDERED:** that Defendants Van Ngoe Dang; 6624 Valley Hi Medical/Dental Partners shall have until June 18, 2009 to respond to complaint.

5/18/09

_____
GARLAND E. BURRELL, JR.
United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3