IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>     v.<br><br>VAN NGOC DANG, d/b/a New Dental Images,<br><br>        Defendant. | 2:09-cv-000706-GEB-KJM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        The Notice of Settlement filed by Plaintiff on May 29, 2009 states "the parties have settled this action.  Dispositional documents will be filed within (30) calendar days."  Therefore, a dispositional document shall be filed no later than June 29, 2009.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for June 15, 2009, is continued to commence at 9:00 a.m. on July 27, 2009, in the event that no dispositional document is filed, or if this action is not

otherwise dismissed.  Further, a joint status report shall be filed fourteen days prior to the status conference.[1]

IT IS SO ORDERED.

Dated:  June 6, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2