IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,              ) | |
|                                ) | 2:09-cv-00706-GEB-KJM |
|           Plaintiff,           ) | |
|                                ) | ORDER OF DISMISSAL |
|      v.                        ) | |
|                                ) | |
| VAN NGOC DANG, d/b/a New Dental ) | |
| Images,                        ) | |
|                                ) | |
|           Defendant.           ) | |

On June 8, 2009, an Order ("June 8 Order") issued granting the parties until June 29, 2009, to file a dispositional document since Plaintiff represented in a Notice of Settlement filed May 29, 2009, that this action had settled. The June 8 Order further stated: "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." Since no dispositional or other document has been filed, it is assumed reason does not exist for this action to continue pending. Therefore, this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  June 30, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge